1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

10 DEQIANG SONG,                              )    NO. CV 14-4952-BRO(AS)
                                             )
11              Petitioner,        )
                                             )    **ORDER ACCEPTING FINDINGS,**
12          v.                               )
                                             )    **CONCLUSIONS AND RECOMMENDATIONS OF**
13 SANDRA PENNYWELL, Warden,       )
                                             )    **UNITED STATES MAGISTRATE JUDGE**
14              Respondent.        )
                                             )
15 _____)

16

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Petition, all of the records herein and the attached Report and

20 Recommendation of United States Magistrate Judge.  After having made a

21 *de novo* determination of the portions of the Report and Recommendation

22 to which objections were directed, the Court concurs with and accepts

23 the findings and conclusions of the Magistrate Judge.

24

25      IT IS ORDERED that Judgment be entered denying and dismissing the

26 Petition with prejudice.

27

28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment herein
3 on counsel for Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7         DATED: June 29, 2015.

8

9

10    _____
                BEVERLY REID O'CONNELL
11          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28